64 A.3d 556

IN THE MATTER OF THE ESTATE OF RICHARD D. EHRLICH, DECEASED.

April 26, 2013.

ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed with prejudice.